UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KAVONTE X. PACKER,

    Plaintiff,

v.                                       Case No. 5:21-cv-66-TKW/MJF

PATRICK PITTS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court.[1] On October 25, 2021, this court ordered Plaintiff to submit an amended complaint or a notice of voluntary dismissal. Doc. 9. Plaintiff was warned that failure to comply with the order likely would result in dismissal of this case. *Id*. at 9. Plaintiff has not complied with the order and has not responded to the December 10, 2021 show cause order. Doc. 10.[2]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

---

[1] The district court referred this case to the undersigned to address preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

[2] The show cause order had a 30-day response deadline. Doc. 10. The clerk of court's initial mailing of the show cause order was returned as undeliverable on December 27, 2021. Doc. 11. The clerk re-mailed a copy of the order to Plaintiff on December 27, 2021. *Id*. That mail has not been returned. Over 30 days have passed since the show cause order was re-mailed.

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[3]

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 28th day of January, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[3] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").