UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KAVONTE X. PACKER,

    Plaintiff,

v.                                         Case No. 5:21-cv-66-TKW/MJF

PATRICK PITTS,

    Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to pay the filing fee and failure to comply with court orders.

Accordingly, it is **ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

**DONE and ORDERED** this 22nd day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**